UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

Case No.   2:24-cv-00139-MEMF-JC                                    Date: August 30, 2024

Title   *Angelica Amaro et al v. Waldorf Astoria Management LLC et al*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: Administrative Closure Order**

The Court is in receipt of the parties' Joint Status Report. ECF No. 22. In light of the parties' representation that the parties are in the process of settlement, the Court hereby ORDERS that the action is STAYED and administratively closed until thirty (30) days from the date of this Order.

The parties are ORDERED to file, within thirty (30) days of this Order, either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of thirty-one (31) days from the date of this Order. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All further deadlines in the case are vacated.

                                                                               :
                                                      **Initials of Preparer**      DBE